AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

United States of America
v.

JULIO ORTIZ-RODRIGUEZ

| | |
|---|---|
| Case No: | 2:10CR20022-001 |
| USM No: | 34725-265 |

Date of Original Judgment:  03/14/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Bruce D. Eddy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __145 months__ months **is reduced to** __120 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/14/2011__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __01/09/2015__

/s/P.K. Holmes,III
*Judge's signature*

Effective Date: __11/01/2015__
*(if different from order date)*

Honorable P. K. Holmes, III, Chief United States District Judge
*Printed name and title*